IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. |
| | : | 1:15-CR-00125-LMM-AJB |
| STEVEN EDRICK HAYES, | : | |
| | : | |
| Defendant. | : | |

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation ("R&R") [43], which recommends that Defendant's Motion to Suppress Evidence [13] be granted. No objections have been filed in response to the Magistrate's Report and Recommendation. Having reviewed the R&R, it is received with approval. The Court therefore **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **GRANTS** Defendant's Motion to Suppress [13].

The trial in this action is hereby set to begin on Monday, December 5, 2016, at 9:30 AM in Courtroom 2107. The pretrial conference will be held on Tuesday, November 29, 2016, at 9:00 AM in Courtroom 2107. By noon on Monday, November 14, 2016, the parties are to file the following: motions *in limine* and proposed *voir dire* questions, and request to charge. By noon on

Monday, November 14, 2016, the Government must file a brief summary of the indictment that the parties can rely on for *voir dire*. By noon on Monday, November 21, 2016, the parties are to file any objections to those items listed above.

Excludable time is allowed through December 5, 2016, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv), to give counsel for Defendant and the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served outweigh the best interest of the public and the Defendant in a speedy trial and are consistent with both the best interest of the public and individual justice in this matter.

**IT IS SO ORDERED** this 27th day of October, 2016.

*/s/ Leigh Martin May*
**Leigh Martin May**
**United States District Judge**